

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| REGINALD KERCHEVAL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION 1:19-CV-50 |
| v. | § | |
| | § | |
| JIMMY HAYNES AND | § | |
| PERMA R. PRODUCTS, INC., | § | |
| | § | |
| *Defendants.* | § | |

**FINAL JUDGMENT**

This Final Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and the Court's Memorandum Opinion and Order on Summary Judgment, entered contemporaneously with this judgment. Pursuant to that memorandum order, the Court **ORDERS** that all causes of action asserted by Plaintiff Reginald Kercheval in this case are **DISMISSED**, with prejudice. The Court further **ORDERS** that all other pending motions (Doc. 18, Doc. 19, Doc. 23, Doc. 24, Doc. 26, Doc. 30) are **TERMINATED** as **MOOT**, with prejudice. All court settings and deadlines are **TERMINATED**. The Clerk is directed to **CLOSE** this case and this constitutes a final judgment for appeal purposes.

**SIGNED** this the 12th day of June, 2020.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE